# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY JACK BARNES,<br><br>           Petitioner,<br><br>    v.<br><br>DANIEL PARAMO,<br><br>           Respondent. | **Case No. CV 17-01692 RSWL (RAO)**<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

DATED: 4/9/2018

                                        s/ RONALD S.W. LEW
                                        RONALD S.W. LEW
                                        UNITED STATES DISTRICT JUDGE