# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY JACK BARNES, | **Case No. CV 17-01692 RSWL (RAO)** |
| Petitioner, | |
| v. | **JUDGMENT** |
| DANIEL PARAMO, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 4/9/2018

<u>s/ RONALD S.W. LEW</u>
RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE